# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 15-11730-JKF

GERMAN L. RIVERA
HELEN F. RIVERA
4428 MALTA STREET

PHILADELPHIA, PA 19124

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    GERMAN L. RIVERA
    HELEN F. RIVERA
    4428 MALTA STREET

    PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

    MICHAEL A CATALDO
    1500 WALNUT ST
    SUITE 900
    PHILADELPHIA, PA 19102-

/S/ William C. Miller
_____

Date: 11/21/2016

William C. Miller, Esquire
Chapter 13 Standing Trustee