# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: German L. Rivera and Helen F. Rivera <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 15-11730 JKF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3704

            Respectfully submitted,

            **<u>/s/Thomas Puleo, Esquire</u>**
            Thomas Puleo, Esquire
            Brian C. Nicholas, Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 825-6306  FAX (215) 825-6406