# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

       Chapter 13

       Bankruptcy No. 15-11730-JKF

GERMAN L. RIVERA
HELEN F. RIVERA
4428 MALTA STREET

PHILADELPHIA, PA 19124

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

GERMAN L. RIVERA
HELEN F. RIVERA
4428 MALTA STREET

PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

MICHAEL A CATALDO
1500 WALNUT ST
SUITE 900
PHILADELPHIA, PA 19102-

       /S/ William C. Miller

Date: 5/12/2017

       _____
       William C. Miller, Esquire
       Chapter 13 Standing Trustee