United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-11730-elf
German L. Rivera                                                          Chapter 13
Helen F. Rivera
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2                  Date Rcvd: Oct 02, 2017
                             Form ID: pdf900           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2017.
```
db/jdb       +German L. Rivera,    Helen F. Rivera,    4428 Malta Street,    Philadelphia, PA 19124-3820
cr           +Pennsylvania Housing Finance Agency,    c/o Leon P. Haller, Esq.,    1719 North Front Street,
              Harrisburg, PA 17102-2305
13563014      American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
              Los Angeles, CA  90051-5478
13489040     +Comenity Bank/Lerner Mail Order,    Attention: Bankruptcy,    PO Box 182125,
              Columbus, OH 43218-2125
13489043     +ER Solutions/Convergent Outsourcing, INC,    PO Box 9004,    Renton, WA 98057-9004
13489042     +Equifax,    P.O. Box 144717,    Orlando, FL 32814-4717
13489044     +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13489045     +Goldbeck, McCafferty and McKeever,    Mellon Center-Suite 5000,    701 Market Street,
              Philadelphia, PA 19106-1538
13532677      Navient Solutions, Inc.,    Department of Education Loan Services,    P.O. Box 9635,
              Wilkes-Barre, PA 18773-9635
13489048      PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
              Harrisburg, PA 17120-0946
13489049     +PA. Housing Finance Authority,    P.O. Box 8029,    Harrisburg, PA 17105-8029
13489050     +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
              Chicago, IL 60661-3631
13489051     +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Oct 03 2017 02:51:49     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 03 2017 02:51:14
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 03 2017 02:51:38     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13489037      E-mail/Text: RA-BCSEBKN@state.pa.us Oct 03 2017 02:50:57
              Bureau Of Child Support Enforcement,    P. O. box 8018,    Harrisburg, PA 17105-8018
13489039      E-mail/Text: bankruptcy@phila.gov Oct 03 2017 02:51:49     City of Philadelphia,
              Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphia, PA 19102
13590065      E-mail/Text: bankruptcy@phila.gov Oct 03 2017 02:51:49     City of Philadelphia,
              Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA 19102-1595
13489038      E-mail/Text: bankruptcy@phila.gov Oct 03 2017 02:51:49     City of Philadelphia,
              Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
13489041     +E-mail/PDF: pa_dc_ed@navient.com Oct 03 2017 02:50:27     Dept Of Ed/navient,    Po Box 9635,
              Wilkes Barre, PA 18773-9635
13489046      E-mail/Text: cio.bncmail@irs.gov Oct 03 2017 02:51:01     I.R.S.,    Special Procedures Branch,
              Insolvency Unit,    P.O. Box 12051,    Philadelphia, PA 19105-2051
13489047     +E-mail/Text: Bankruptcies@nragroup.com Oct 03 2017 02:52:11     National Recovery Agen,
              2491 Paxton Street,    Harrisburg, PA 17111-1036
                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                          Signature:  /s/Joseph Speetjens

District/off: 0313-2          User: JEGilmore          Page 2 of 2          Date Rcvd: Oct 02, 2017
                             Form ID: pdf900          Total Noticed: 23

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2017 at the address(es) listed below:
>           ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Et Al...
>            agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
>           JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
>            bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
>           LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
>            dmaurer@pkh.com;mgutshall@pkh.com
>           LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, Et Al... lhaller@pkh.com,
>            dmaurer@pkh.com;mgutshall@pkh.com
>           MICHAEL A. CATALDO2    on behalf of Debtor German L. Rivera ecf@ccpclaw.com,
>            igotnotices@ccpclaw.com
>           MICHAEL A. CATALDO2    on behalf of Joint Debtor Helen F. Rivera ecf@ccpclaw.com,
>            igotnotices@ccpclaw.com
>           MICHAEL A. CIBIK2    on behalf of Debtor German L. Rivera ecf@ccpclaw.com,  igotnotices@ccpclaw.com
>           MICHAEL A. CIBIK2    on behalf of Joint Debtor Helen F. Rivera ecf@ccpclaw.com,
>            igotnotices@ccpclaw.com
>           THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, Et Al...
>            tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
>           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
>           WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
>            philaecf@gmail.com
>           WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
>                                                                                              TOTAL: 12

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GERMAN L. RIVERA                          Chapter 13
HELEN F. RIVERA

                    Debtor                 Bankruptcy No. 15-11730-JKF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: September 29, 2017**                        _____

                                                    Jean K. FitzSimon
                                                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL A CATALDO
1500 WALNUT ST
SUITE 900
PHILADELPHIA, PA 19102-

Debtor:
GERMAN L. RIVERA
HELEN F. RIVERA
4428 MALTA STREET

PHILADELPHIA, PA 19124